Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  08−21979−DHS
        Chapter:  11
        Judge:  Donald H. Steckroth

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karen Ziemke                                                      Ronald Pekar
   dba Asthma, Allergy & Immunology                18 Brooklawn Drive
   18 Brooklawn Drive                                    Short Hills, NJ 07078
   Short Hills, NJ 07078

Social Security No.:
   xxx−xx−6934                                        xxx−xx−5574

Employer's Tax I.D. No.:
   22−3521196

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 9, 2008</u>             <u>Donald H. Steckroth</u>
                                                           Judge, United States Bankruptcy Court